IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUG COOK et al.,               )<br>                                           )<br>         Plaintiffs,             )<br>                                           )   Civil Action No. 17-135<br>    v.                               )<br>                                           )   Hon. Nora Barry Fischer<br>GENERAL NUTRITION      )<br>CORPORATION,              )<br>                                           )<br>         Defendant.             ) | |

### ORDER

AND NOW, this 29th day of September, 2017, upon consideration of Defendant General Nutrition Corporation's Motion to Dismiss Plaintiffs' First Amended Complaint and supporting brief and declaration, (Docket Nos. 27, 28, 29); Plaintiffs' brief in opposition, (Docket No. 36); Defendant's reply, (Docket No. 41); and Plaintiffs' Notice of Entry of Order, (Docket No. 58); and upon consideration of Plaintiffs' Motion for Reconsideration of the Court's Order granting Defendant's motion to compel arbitration and supporting brief and declaration, (Docket Nos. 50, 51, 52); Defendant's brief in opposition, (Docket No. 54), and Plaintiffs' reply, (Docket No. 57)

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint, (Docket No. 27), is GRANTED.  Plaintiffs' First Amended Complaint is DISMISSED, with prejudice.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Reconsideration, (Docket No. 50), is DENIED.

Finally, IT IS ORDERED that the Clerk of Court shall mark this case as closed.

*s/Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf:  All counsel of record