IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUG COOK, JODY EBERHART BARBARA SWILLEY, MATTHEW DOVNER, and CODY MAYFIELD | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 2:17-cv-00135-NBF |
| v. | ) ) | |
| GENERAL NUTRITION CORPORATION | ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Doug Cook, Jody Eberhart, Barbara Swilley, Matthew Dovner, and Cody Mayfield, plaintiffs in the above-captioned action, hereby appeal to the United States Court of Appeals for the Third Circuit from the final order entered in this action on September 29, 2017, granting defendant's Motion to Dismiss and dismissing plaintiffs' First Amended Complaint with prejudice and denying plaintiff Swilley's Motion for Reconsideration.

/s/ *David A. Borkovic*
David A. Borkovic
Pa. I.D. No. 23005
Of Counsel
Jones, Gregg, Creehan & Gerace, LLP
411 Seventh Ave, Suite 1200
Pittsburgh, PA 15219
(412) 261-6400
dab@jgcg.com

David M. Cohen
Complex Law Group, LLC
40 Powder Springs Street
Marietta, GA 30064
(770) 200-3100

*Counsel for plaintiffs*

1

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appeal was served this 6th day of October, 2017, upon all counsel of record through the Court's electronic filing system to:

Sean M. Sullivan, Esquire
seansullivan@dwt.com

Zana Z. Bugaighis, Esquire
zanabugaighs@dwt.com

Jordan Clark, Esquire
jordanclark@dwt.com

/s/ David A. Borkovic
David A. Borkovic, Esquire