UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-3216
_____

DOUG COOK; JODY EBERHART; BARBARA SWILLEY; MATTHEW DOVNER;
CODY MAYFIELD,
                              Appellants

v.

GENERAL NUTRITION CORPORATION
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2-17-cv-00135)
District Judge: Honorable Nora B. Fischer
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
May 2, 2018
_____

Before: SMITH, *Chief Judge*, HARDIMAN, and RESTREPO, *Circuit Judges*.

_____

JUDGMENT
_____

This case came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on May 2, 2018.  On consideration whereof, it is now hereby

ORDERED and ADJUGDED by this Court that the orders of the District Court entered on September 29, 2017 are hereby AFFIRMED.

Costs are taxed against Appellants.

All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 17, 2018

**Certified as a true copy and issued in lieu of a formal mandate on** 11/14/2018

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**